IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
Ernest John Baptista Jr and ) CASE NO. 103-13668-MH1-7
Alexandra Emma Baptista ) Chapter 7
    Debtor(s) ) Judge Harrison

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS
### PURSUANT TO F.R.B.P. 3011

Jeanne Burton Gregory, Trustee of this bankruptcy estate, reports the following:

1.    Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. ' 726. The Trustee has stopped payment on all checks remaining unpaid. Pursuant to F.R.B.P. 3011, the names of the individuals or entities to whom such unnegotiated distribution checks were issued, the claim number, the check number and amount of such checks, and the address of the payees are:

| Claim Number | Name & Address of Creditor | Check Number | Amount |
|---|---|---|---|
| 2 | CitiFinancial Investment Recovery<br>P.O. Box 914<br>Owingsmills, MD 21117 | 104 | $104.44 |
| 9 | CitiBank USA, NA (Sears)<br>P.O. Box 3671<br>Urbandale, IA 50323-0671 | 107 | $2,228.55 |

2.    The Trustee's check number 119 in the amount of $2,332.99 payable to the Clerk of the U. S. Bankruptcy Court, has been mailed to the Clerks Office.

Dated this 2nd day of February, 2009

Respectfully submitted,

/s/ Jeanne Burton Gregory

Jeanne Burton Gregory, Trustee
401 Church Street
Suite 2220
Nashville, TN 37219
(615) 242-7700
(615) 259-3415
j.gregory@gibson-gregory.com