**Form clkinq**

# United States Bankruptcy Court

**MIDDLE DISTRICT OF TENNESSEE**
Case No. <u>1:03–bk–13668</u>
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| ERNEST JOHN BAPTISTA JR | ALEXANDRA EMMA BAPTISTA |
| 404 MALIBU CANYON DR | 404 MALIBU CANYON DR |
| COLUMBIA, TN 38401 | COLUMBIA, TN 38401 |

Social Security No.:
xxx–xx–2320                              xxx–xx–4029

Employer's Tax I.D. No.:

---

## CLERK'S INQUIRY

---

Clerk's Inquiry pursuant to LBR 5003–1(b) – Claim 18 has the following defect(s). Address on Claim Register does not match payment address on claim... Original Claim submitted by: (WEINSTEIN AND RILEY PS) (slw)


Dated: <u>10/26/09</u>                                                            **MATTHEW T. LOUGHNEY**
                                                                                                                      Court Clerk